# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ROACH,<br><br>        Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:18-cv-01175-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 2) |

Plaintiff Valerie Roach filed a complaint on August 30, 2018, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon completion of service.

Accordingly, IT IS HEREBY ORDERED THAT:

1.      Plaintiff's application to proceed in forma pauperis is GRANTED;

2.      The Clerk of Court is DIRECTED to issue a summons; and

/ / /

/ / /

1

1       3.      The United States Marshal is DIRECTED to serve a copy of the complaint,

2     summons, and this order upon the defendant if requested by the plaintiff.

3

4  IT IS SO ORDERED.

5  Dated:   **September 4, 2018**

                                           UNITED STATES MAGISTRATE JUDGE

2