# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ROACH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-01175-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>FIVE DAY DEADLINE |

Plaintiff Valerie Roach filed this action on August 30, 2018. The summonses were issued on September 5, 2018. Pursuant to the scheduling order issued on September 5, 2018, unless other provision is made pursuant to an application to proceed in forma pauperis, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court. More than twenty days have passed and Plaintiff has not filed a return of service with the Court, nor does the record reflect that service was referred to the United States Marshall.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within five (5) days informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated: **October 2, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1