UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

|  |  |
|---|---|
| VALERIE ROACH,<br><br>     Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No. 1:18-cv-01175-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD<br><br>(ECF No. 12) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant shall file the administrative record in this matter on or before February 11, 2019.

IT IS SO ORDERED.

Dated:  **January 26, 2019**

_____
UNITED STATES MAGISTRATE JUDGE