# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ROACH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01175-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE CONFIDENTIAL LETTER BRIEF<br><br>(ECF No. 15) |

On March 11, 2019, the parties filed a joint stipulation extending the time for Plaintiff to serve a confidential letter brief. (ECF No. 15.)

Pursuant to the stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff's confidential letter brief shall be served on or before March 14, 2019;
2. Defendant's confidential letter brief shall be served on or before April 18, 2019;
3. If the parties stipulate to a remand to the Commissioner, the stipulation shall be filed on or before May 3, 2019;
4. If the parties do not agree to a remand, Plaintiff's opening brief shall be filed on or before May 20, 2019;
5. Defendant's responsive brief shall be filed on or before June 19, 2019; and

///

///

1

6. Plaintiff's reply, if any, shall be filed on or before July 5, 2019.

IT IS SO ORDERED.

Dated: **March 11, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

2